## LENKKIS v. STATE OF INDIANA.

[No. 13,593.   Filed March 28, 1929.]

*John C. Wells,* for appellant.

*Arthur L. Gilliom,* Attorney-General, and *George J. Muller,* Deputy Attorney-General, for the State.

PER CURIAM.—Judgment affirmed.

## HALE v. STATE OF INDIANA.

[No. 13,592.   Filed March 29, 1929.]

*Moore & Reig, Glasscott & Glasscott* and *Darrow, Rowley & Shields,* for appellant.

*Arthur L. Gilliom,* Attorney-General, and *Edward J. Lennon, Jr.,* Deputy Attorney-General, for the State.

NICHOLS, J.—Affirmed, on authority of *Dietz* v. *State* (1929), 165 N. E. (Ind. App.) 770.

## WESTERN AND SOUTHERN LIFE INSURANCE COMPANY v. McCOOL, ADMINISTRATOR.

[No. 13,423.   Filed March 29, 1929.]

*Edward E. Meyer, Isadore J. Fine* and *William L. Mitchell,* for appellant.

*Paul O. Tweedy* and *Ollie C. Reeves,* for appellee.

NICHOLS, J.—Reversed, on the authority of *Metropolitan Life Ins. Co.* v. *Head* (1927), 86 Ind. App. 326, 157 N. E. 448.